UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EDUARDO VARGAS-AVILA,<br><br>   Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>   Defendant. | No.  1:15-cv-3045-SAB<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The decision of the Commissioner denying benefits is **reversed and remanded** for an award of benefits, with a disability onset date of August 28, 2008.

Defendant's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Plaintiff.

DATED:  February 25, 2016

                                                    SEAN F. McAVOY
                                                    Clerk of Court

                                                    By:  s/Penny Lamb
                                                              Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**